McCARTHY, JOHNSON & MILLER
    Law Corporation
DIANE SIDD-CHAMPION, ESQ., SBN 78140
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
E-mail:  dsidd-champion@mjmlaw.us

Attorneys for Defendant and Counter-Plaintiff
General Employees Trust Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VARSITY CONTRACTORS, INC., | ) | Case No. C 09 04633 JW (PVT) |
| | ) | |
|         Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER** |
|     v. | ) | **SELECTING ADR PROCESS** |
| | ) | |
| GENERAL EMPLOYEES TRUST FUND, | ) | |
| | ) | |
|         Defendant. | ) | |
| _____ | ) | |

1    The parties report that they have met and conferred regarding ADR and have reached the

2    following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3    The parties agree to participate in the following ADR process:

4    Mediation

5    The parties agree to hold the ADR session within 90 days from the date of the order

6    referring the case to an ADR process.

7                                        **McCARTHY, JOHNSON & MILLER**
                                              **Law Corporation**
8

9    Dated:  May 28, 2010              By:  _/s/  Diane Sidd-Champion_
                                              DIANE SIDD-CHAMPION
10                                           Attorneys for Defendant and Counter-Plaintiff
                                             General Employees Trust Fund
11

12                                       **STOEL RIVES LLP**

13

14   Dated:  May 28, 2010              By:  _/s/  Anthony J. Decristoforo_
                                              ANTHONY J. DECRISTOFORO
15                                           Attorneys for Plaintiff and Counter-Defendant
                                             Varsity Contractors, Inc.
16

17   [PROPOSED] ORDER

18   Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation.  The

19   deadline for the ADR session is 90 days from the date of this Order.

20   IT IS SO ORDERED.

21

22   Dated:    June 1, 2010

23                                           JAMES WARE
                                             UNITED STATES DISTRICT JUDGE
24

25

26

27

28