ANTHONY J. DECRISTOFORO (SB #166171)
JEROME L. RUBIN (*Pro Hac Vice*)
ELENA C. BURT (*Pro Hac Vice*)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781
Email: ajdecristoforo@stoel.com

Attorneys for Plaintiff
VARSITY CONTRACTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VARSITY CONTRACTORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL EMPLOYEES TRUST FUND,<br><br>Defendant. | Case No. 09-CV-04633 LHK (PVT)<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXTENDING DEADLINE<br>FOR MEDIATION<br><br>(ADR L.R. 6-5) |

### I. STIPULATION

Pursuant to ADR Local Rule 6-5, Plaintiff Varsity Contractors, Inc. ("Plaintiff") and Defendant General Employees Trust Fund ("Defendant") (collectively, the "parties"), by and through their undersigned attorneys, hereby stipulate to extending the deadline for mediation, as follows:

1. This action was referred to mediation by order dated June 1, 2010 (Docket No. 21). The deadline for mediation is August 30, 2010, 90 days from the date of said order. (*Id.*)

2. The parties and mediator, R. Stephen Goldstein, previously agreed to conduct the mediation on August 26, 2010.

3. Counsel for Plaintiff, Jerry Rubin, became unavailable on August 26, 2010. The parties and the mediator agreed that the mediation could be postponed, subject to Court approval.

////

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING DEADLINE FOR MEDIATION
-1-
CASE 09-CV-04633 LHK (PVT)

70215986.1 0074100- 0000470205855.1 0074100-00004

4. There is no date on or before August 30, 2010 when the mediator, all attorneys and all other persons who are needed for the mediation, pursuant to ADR Local Rule 6-10, are available for mediation.

5. The attorney for Defendant who is primarily responsible for handling the trial of this matter, Diane Sidd-Champion, will be out of the country from early September to early October 2010.

6. The parties and the mediator have agreed to conduct the mediation on October 14, 2010, subject to Court approval of this stipulation.

7. The parties seek an additional two weeks after October 14, 2010, in order to allow time for another mediation session or other follow-up, if appropriate.

8. Based on the unavailability of the parties, mediator, and counsel, the parties respectfully request that the deadline for mediation in this matter be continued to October 29, 2010.

Respectfully submitted,

DATED: August 9, 2010

STOEL RIVES LLP

By: *s/Anthony J. DeCristoforo*
Anthony J. DeCristoforo
Attorneys for Plaintiff
Varsity Contractors, Inc.

McCARTHY, JOHNSON & MILLER
LAW CORPORATION

By: *s/ Diane Sidd-Champion*
Diane Sidd-Champion
Attorneys for Defendant
General Employees Trust Fund

## II. ORDER

THIS MATTER came before the undersigned judge in the above-entitled Court upon the foregoing stipulation of the parties. The Court has reviewed the stipulation and IT IS HEREBY ORDERED that the deadline to conduct mediation in this matter is continued to October 29, 2010.

Dated: August 10, 2010

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE