UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| VARSITY CONTRACTORS, INC.,<br>    Plaintiff, | No. C 09-4633 LHK |
| v. | **ORDER GRANTING REQUEST FOR DEFENDANT'S INSURER REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY** |
| GENERAL EMPLOYEES TRUST FUND,<br>    Defendant._____/ | |
| | Date:      October 14, 2010<br>Mediator:  R. Stephen Goldstein |

IT IS HEREBY ORDERED that the request for defendant General Employees Trust Fund's insurer representative, Laverne Wingfield, to be excused from personally attending the October 14, 2010 mediation session before R. Stephen Goldstein is GRANTED. Ms. Wingfield shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 17, 2010          By:  *Elizabeth D. Laporte*
Dated                                         Elizabeth D. Laporte
                                              United States Magistrate Judge