McCARTHY, JOHNSON & MILLER
    Law Corporation
DIANE SIDD-CHAMPION, ESQ., SBN 78140
LORI A. NORD, ESQ., SBN 87993
ANA PEREZ HALLMON, ESQ., SBN 253309
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
E-mail:  dsidd-champion@mjmlaw.us
        lnord@mjmlaw.us
        ahallmon@mjmlaw.us

Attorneys for Defendant and Counter-Plaintiff
General Employees Trust Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARSITY CONTRACTORS, INC., | Case No. 09-CV-04633 LHK (PSG) |
| Plaintiff and Counter-Defendant, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER** |
| v. | |
| GENERAL EMPLOYEES TRUST FUND, | |
| Defendant and Counter-Plaintiff. | |

1    Pursuant to Rule 41(a)(1)(2) of the Federal Rules of Civil Procedure, the parties, acting

2 through their respective counsel, hereby stipulate as follows:

3    1.    The parties have entered into a settlement agreement that resolves all issues.

4    2.    The parties request that the above-entitled action, including the counterclaim, be

5 dismissed with prejudice.

6    3.    The parties shall bear their own attorneys' fees and costs.

7                                          **STOEL RIVES LLP**

8

9 Dated:  March 30, 2011              By:   _/s/  Anthony DeCristoforo_
                                           ANTHONY DeCRISTOFORO
10                                          Attorneys for Plaintiff and Counter-Defendant
                                           VARSITY CONTRACTORS, INC.
11

12                                   **McCARTHY, JOHNSON & MILLER**
                                     **LAW CORPORATION**
13

14 Dated:  March 30, 2011             By:   _/s/  Diane Sidd-Champion_
                                           DIANE SIDD-CHAMPION
15                                          Attorneys for Defendant and Counter-Plaintiff
                                           GENERAL EMPLOYEES TRUST FUND
16

17

18    IT IS SO ORDERED.   The above-entitled action, including the counterclaim, are hereby

19 dismissed with prejudice.   The parties shall bear their own attorneys' fees and costs.

20

21 Dated: ____March 30, 2011_____              _Lucy H. Koh_____
                                           LUCY H. KOH
22                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER
Case No. 09-CV-04633 LHK (PSG)                                           Page 2